IN THE FOURTEENTH COURT OF APPEALS FOR
THE STATE OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

JAN 20 2015

CHRISTOPHER A. PRINE
CLERK

WILLIAM MARK RHODES
PETITIONER PRO-SE
V.
THE STATE OF TEXAS
IN THE 248th JUDICIAL DISTRICT COURT OF
HARRIS COUNTY TEXAS

PETITION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUSTICES OF THE FOURTEENTH COURT
GREETINGS;

COMES NOW BEFORE THIS HONORABLE COURT PETITIONER
PRO-SE AND REQUESTS THAT A WRIT OF MANDAMUS BE ISSUED
TO THE HONORABLE JUDGE OF THE 248th JUDICIAL DISTRICT
COURT TO ANSWERE AND GRANT MOTION'S FOR COURT ORDER
TO MS. MARY MOORE BAR NO 143660300 TO PRODUCE AND RE-
LEASE TO PETITIONER PRO-SE HIS DEFENSE FILE IN CAUSE NO.
1259408101010. AND IN SUPPORT OF THIS REQUEST PETITIONER
PRO-SE WILL SHOW JUST CAUSE.

I.

THE SUPREME COURT OF THE STATE OF TEXAS AS WELL AS THE

1.

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JAN 20 2015

CHRISTOPHER A. PRINE
CLERK

United States Supreme Court have ruled repeatedly that the Work Product generated by an Attorney in representing their client "Belongs" to the "Client"

## II.

Petitioner has two properly submitted Motions before the 248th Judicial District Court which have not been timely acted upon and Ms. Mary Moore still retains Hostile Possession of Her "Clients Property"

In Re George. 28 S.W. 3d 511, Spivey V. Lamt 683 F. 2d 881

Ward V. State 740 S.W. 2d 794. 797

Stevenson V. LeBoeuf 16 S.W. 3d 829

Eureste V Commission for Lawyer Discipline 76 S.W. 3d 184

## PRAYER

Therefore in recognition that due process requires a neutral and detached hearing body or officer, Petitioner Pro-Se Humbly and with Great Respect Request that his Petition be Granted and that Mandamus be issued to the Honorable Judge Katherine Cabaniss presiding in the 248th Judicial District Court and that She issue Court Order to Ms. Mary Moore to produce and Release to her "Client" his Property in its Entirety and in its Paper Form

Anthony V State 209 S.W. 3d 296, Brumit V. State 206 S.W. 3d 639

2.

## CERTIFICATE OF SERVICE

THIS CERTIFICATE IS TO CERTIFY THAT TWO TRUE AND CORRECT COPIES OF THIS PETITION FOR WRIT OF MANDAMUS HAVE BEEN DELIVERED TO DEVON ANDERSON HARRIS COUNTY DISTRICT ATTORNEY AND JUDGE KATHERINE CABANISS PRESIDING IN THE 248TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY TEXAS

WILLIAM MARK RHODES
PETITIONER PRO-SE

E-205-A TDCJ NO 01807604
BRIDGEPORT CORRECTIONAL UNIT
4000 NORTH 10TH STREET
BRIDGEPORT TEXAS 76426

3